UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GRACE CORRALES, | ) No.: 2:12-cv-07480-MAN |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| v. | ) **ATTORNEY FEES AND** |
| | ) **EXPENSES PURSUANT TO** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) **28 U.S.C. § 2412(d)** |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, **IT IS ORDERED** that fees and expenses in the amount of $3,000.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: March 4, 2014

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE